IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GISHAN BOGOLLAGAMA | : | CIVIL ACTION |
| v. | : | |
| EQUIFAX INFORMATION SERVICES, LLC | : | NO. 09-1201 |

# ORDER

**AND NOW**, this 30th day of November, 2009, upon consideration of Defendant Equifax Information Services, LLC's Motion to Transfer Venue (Docket No. 6), and all documents filed in connection therewith, **IT IS HEREBY ORDERED** as follows:

1. Defendant's Motion for Leave to File a Reply (Docket No. 10) is **GRANTED**.

2. Defendant's Motion to Transfer Venue (Docket No. 6) is **GRANTED**.

3. This action is **TRANSFERRED** to the United States District Court for the Northern District of Georgia.

BY THE COURT:

/s/ John R. Padova

John R. Padova, J.